**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Eric** _____ First Name **Alan** _____ Middle Name **Shupps** _____ Last Name _____ Suffix (Sr., Jr., II, III) | _____ First Name _____ Middle Name _____ Last Name _____ Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** Include your married or maiden names and any assumed, trade names and "doing business as" names. Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____ First Name _____ Middle Name _____ Last Name _____ First Name _____ Middle Name _____ Last Name _____ Business name (if applicable) _____ Business name (if applicable) | _____ First Name _____ Middle Name _____ Last Name _____ First Name _____ Middle Name _____ Last Name _____ Business name (if applicable) _____ Business name (if applicable) |

Debtor 1    **Eric Alan Shupps**                                 Case number (if known) _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **3.** Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | xxx – xx – __6__ __1__ __1__ __1__ <br><br> OR <br><br> 9xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____ <br><br> OR <br><br> 9xx – xx – ____ ____ ____ ____ |
| **4.** Your Employer Identification Number (EIN), if any. | ___ ___ – ___ ___ ___ ___ ___ ___ ___ <br> EIN <br><br> ___ ___ – ___ ___ ___ ___ ___ ___ ___ <br> EIN | ___ ___ – ___ ___ ___ ___ ___ ___ ___ <br> EIN <br><br> ___ ___ – ___ ___ ___ ___ ___ ___ ___ <br> EIN |
| **5.** Where you live | **12040 Vista Ranch Way** <br> Number    Street <br><br> _____ <br><br> _____ <br><br> **Fort Worth**      **TX**    **76179** <br> City         State    ZIP Code <br> **Tarrant** <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> _____ <br> Number    Street <br> _____ <br> P.O. Box <br> _____ <br> City         State    ZIP Code | **If Debtor 2 lives at a different address:** <br><br> _____ <br> Number    Street <br><br> _____ <br><br> _____ <br><br> _____ <br> City         State    ZIP Code <br> _____ <br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> _____ <br> Number    Street <br> _____ <br> P.O. Box <br> _____ <br> City         State    ZIP Code |
| **6.** Why you are choosing this district to file for bankruptcy | *Check one:* <br><br> ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:* <br><br> ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

---

**Part 2:**    Tell the Court About Your Bankruptcy Case

| **7.** The chapter of the Bankruptcy Code you are choosing to file under | *Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box. <br><br> ☑ Chapter 7 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13 |
|---|---|

Debtor 1   **Eric Alan Shupps** _____   Case number (if known) _____

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.

District _____ When _____ Case number _____
                                      MM / DD / YYYY

District _____ When _____ Case number _____
                                      MM / DD / YYYY

District _____ When _____ Case number _____
                                      MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
                                      MM / DD / YYYY   if known

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
                                      MM / DD / YYYY   if known

**11.** **Do you rent your residence?**

☑ No.   Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.
   ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Eric Alan Shupps**                 Case number (if known) _____

---

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.  Go to Part 4.
☑ Yes.  Name and location of business

**Eric Shupps**
_____
Name of business, if any

**12040 Vista Ranch Way**
_____
Number    Street

_____

**Fort Worth** _____ **TX** _____ **76179** _____
City                      State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.  If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:**    **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard? _____

_____

If immediate attention is needed, why is it needed?

_____

Where is the property? _____
                  Number    Street

_____

_____ _____ _____
City                        State    ZIP Code

Debtor 1  __Eric Alan Shupps_____  Case number (if known) _____

---

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Eric Alan Shupps** _____   Case number (if known) _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1    **Eric Alan Shupps** _____    Case number (if known) _____

| Part 7: | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code.  I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Eric Alan Shupps** _____    X _____
Eric Alan Shupps, Debtor 1                                            Signature of Debtor 2

Executed on **12/09/2024** _____                               Executed on _____
            MM / DD / YYYY                                                          MM / DD / YYYY

Debtor 1   **Eric Alan Shupps** _____ Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X   **/s/ Hershel R. Chapin** _____   Date   **12/09/2024** _____
Signature of Attorney for Debtor              MM / DD / YYYY

**Hershel R. Chapin** _____
Printed name

**H. R. Chapin, Attorney & Counselor, PLLC** _____
Firm Name

**4301 Alpha Rd** _____
Number       Street

_____

_____

**Dallas** _____ **TX** _____ **75244** _____
City                             State     ZIP Code

Contact phone   **(972) 707-7482** _____    Email address **hchapin@gmail.com** _____

**24074020** _____ **TX** _____
Bar number                               State

**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Eric** | **Alan** | **Shupps** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No.  Go to Part 2.
   ☑ Yes.  Where is the property?

1.1.

**12040 Vista Ranch Way**
Street address, if available, or other description

**Fort Worth**  **TX**  **76179**
City  State  ZIP Code

**Tarrant**
County

**12040 Vista Ranch Way, Fort Worth, TX 76179**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:  **76179**

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**

**$644,159.00**

**Current value of the portion you own?**

**$644,159.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ Check if this is community property
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1.  Write that number here.......................................................** ➔  **$644,159.00**

Debtor 1   __Eric Alan Shupps_____   Case number (if known) _____

| Part 2: | Describe Your Vehicles |

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1.
Make: __Jeep__
Model: __Grand Cherokee__
Year: __2012__
Approximate mileage: __208,035__
Other information:
**2012 Jeep Grand Cherokee (approx. 208,035 miles)**

Who has an interest in the property?
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,500.00 | $3,500.00 |

3.2.
Make: __Dodge__
Model: __Ram 3500__
Year: __2022__
Approximate mileage: __22,928__
Other information:
**2022 Dodge Ram 3500 (approx. 22,928 miles)**

Who has an interest in the property?
Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $54,000.00 | $54,000.00 |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

4.1.
Make: __Grand Design__
Model: __Solitude__
Year: __2021__
Other information:
**2021 Grand Design Solitude RV**

Who has an interest in the property?
Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $51,000.00 | $51,000.00 |

4.2.
Make: __Fleetwood__
Model: __Camper__
Year: __2005__
Other information:
**2005 Fleetwood Camper**

Who has an interest in the property?
Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $500.00 | $500.00 |

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**..................................................... ➔

| $109,000.00 |

Debtor 1   **Eric Alan Shupps** _____   Case number (if known) _____

---

## Part 3:   Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes.  Describe..... | **See continuation page(s).** | $5,375.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes.  Describe..... | **Cell phones X 2** | $200.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes.  Describe..... | **See continuation page(s).** | $275.00

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes.  Describe..... | **See continuation page(s).** | $650.00

10. **Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☐ No
   ☑ Yes.  Describe..... | **See continuation page(s).** | $200.00

11. **Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ☑ Yes.  Describe..... | **See continuation page(s).** | $255.00

12. **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ☑ Yes.  Describe..... | **Watches X 3** | $75.00

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ☑ Yes.  Describe..... | **Labrador Retriever** | $0.00

Debtor 1    **Eric Alan Shupps**               Case number (if known) _____

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific information............ _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.................................................................** → | **$7,030.00** |

---

## Part 4:    Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes...................................................................................................... Cash: ........................ _____ **$200.00**

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes............................    Institution name:

| | | |
|---|---|---:|
| 17.1. | Checking account: | **Checking account (Joint)** |
| | | **Chase Bank ending in 2231**     **$166.00** |
| 17.2. | Checking account: | **Checking account** |
| | | **Southside Bank ending in 2377**     **$58.45** |
| 17.3. | Checking account: | **Checking account - Pinnacle Bank (Non-filing Spouse) ending in 8565**     **$5.05** |
| 17.4. | Checking account: | **Checking account - Citi Bank (nonDebtor Spouse account) ending in 5604**     **$31.14** |
| 17.5. | Savings account: | **Savings account** |
| | | **Chase Bank ending in 6656**     **$1.71** |
| 17.6. | Other financial account: | **Other financial account** |
| | | **Schwab ending in 3067**     **$0.00** |
| 17.7. | Other financial account: | **Other financial account** |
| | | **Paypal account**     **$0.00** |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes............................    Institution or issuer name:

Debtor 1    **Eric Alan Shupps**_____    Case number (if known) _____

**19.**  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes.  Give specific information about them..........................

| Name of entity: | | % of ownership: | |
|---|---|---|---|
| **BinaryWave Inc.** | | **100%** | **$0.00** |

**20.**  **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific information about them..........................  Issuer name:

**21.**  **Retirement or pension accounts**
*Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes.  List each account separately.    Type of account:      Institution name:

**22.**  **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes...........................      Institution name or individual:

**23.**  **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes...........................  Issuer name and description:

**24.**  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes...........................  Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25.**  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific information about them

**26.**  **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific information about them

**27.**  **Licenses, franchises, and other general intangibles**
*Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☑ Yes.  Give specific information about them

| | |
|---|---|
| **IP rights to the name BinaryWave general intangibles of BinaryWave and its social media accounts** | $125.00 |

Debtor 1    **Eric Alan Shupps** _____    Case number (if known) _____

**Money or property owed to you?**

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years....................

Federal: _____

State: _____

Local: _____

**29. Family support**

_Examples:_ Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony: _____

Maintenance: _____

Support: _____

Divorce settlement: _____

Property settlement: _____

**30. Other amounts someone owes you**

_Examples:_ Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information _____

**31. Interests in insurance policies**

_Examples:_ Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance
company of each policy
and list its value................

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Term life insurance policy** | **Spouse** | **$0.00** |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

_Examples:_ Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........ _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
rights to set off claims**

☑ No
☐ Yes. Describe each claim........ _____

Debtor 1   **Eric Alan Shupps** _____   Case number (if known) _____

**35.  Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information _____  _____

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4. Write that number here**.................................................................➜  | **$587.35** |

---

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37.  Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.
☑ Yes.  Go to line 38.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**38.  Accounts receivable or commissions you already earned**

☐ No
☑ Yes.  Describe..  | **Outstanding invoice to Thor Projects** |    **$5,000.00**

**39.  Office equipment, furnishings, and supplies**
_Examples:_  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
desks, chairs, electronic devices

☐ No
☑ Yes.  Describe..  | **Promotional materials for BinaryWave** |    **$0.00**

**40.  Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes.  Describe..  | **See continuation page(s).** |    **$1,050.00**

**41.  Inventory**

☑ No
☐ Yes.  Describe..  | |

**42.  Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                     % of ownership:

**43.  Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
☐ No
☐ Yes.  Describe.... | |

Debtor 1 __Eric Alan Shupps_____     Case number (if known) _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**......................................................................................... ➔ | $6,050.00 |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
   *Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes.... _____     _____

48. **Crops--either growing or harvested**

☑ No
☐ Yes. Give specific information............... _____     _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes.... _____     _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.... _____     _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information............... _____     _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**......................................................................................... ➔ | $0.00 |

Debtor 1   **Eric Alan Shupps**                                          Case number (if known) _____

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

**53.   Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No
☑ Yes.  Give specific information.

| | |
|---|---|
| **686,388 American Airlines miles** | **Unknown** |
| **8165 Hilton points** | **Unknown** |
| **$8.48 Orbitz "Orbucks" balance** | **Unknown** |

**54.   Add the dollar value of all of your entries from Part 7.  Write that number here.............................➜** | **$0.00**

## Part 8:   List the Totals of Each Part of this Form

**55.   Part 1: Total real estate, line 2.........................................................................................➜**   $644,159.00

**56.   Part 2: Total vehicles, line 5**                                   $109,000.00

**57.   Part 3: Total personal and household items, line 15**            $7,030.00

**58.   Part 4: Total financial assets, line 36**                         $587.35

**59.   Part 5: Total business-related property, line 45**               $6,050.00

**60.   Part 6: Total farm- and fishing-related property, line 52**       $0.00

**61.   Part 7: Total other property not listed, line 54**          +     $0.00

**62.   Total personal property.**   Add lines 56 through 61..................   $122,667.35   Copy personal property total ➜ +   $122,667.35

**63.   Total of all property on Schedule A/B.**   Add line 55 + line 62...........................................   $766,826.35

Debtor 1    **Eric Alan Shupps** _____    Case number (if known) _____

6. **Household goods and furnishings (details):**

| | |
|---|---:|
| **Television X 4** | **$125.00** |
| **Entertainment Center** | **$75.00** |
| **DVD Player X 2** | **$10.00** |
| **End Tables X 2** | **$20.00** |
| **Lamps X 3** | **$10.00** |
| **Computer Equipment X 4** | **$2,000.00** |
| **Dinner Table** | **$100.00** |
| **Dining Chairs X 6** | **$50.00** |
| **Stove/Oven X 2** | **$60.00** |
| **Dishwasher** | **$100.00** |
| **Microwave** | **$25.00** |
| **Refrigerator X 2** | **$100.00** |
| **Freezer** | **$50.00** |
| **Dresser X 3** | **$75.00** |
| **Nightstand X 2** | **$20.00** |
| **Bed X 3** | **$150.00** |
| **Washer/Dryer** | **$200.00** |
| **Couch** | **$50.00** |
| **Generator** | **$250.00** |
| **Printer** | **$30.00** |
| **Filing cabinets X 4** | **$25.00** |
| **Desks / Chairs X 7** | **$150.00** |
| **Misc. tools** | **$1,000.00** |
| **Misc. Furnishings** | **$150.00** |
| **Misc. Electronics** | **$300.00** |
| **Misc. Kitchenware** | **$250.00** |

8. **Collectibles of value (details):**

| | |
|---|---:|
| **Books X 100** | **$50.00** |
| **Pictures X 30** | **$0.00** |
| **Art** | **$100.00** |
| **Figurines X 10** | **$0.00** |
| **Movies X 200** | **$75.00** |
| **Music X 150** | **$50.00** |

Debtor 1   **Eric Alan Shupps**               Case number (if known) _____

9.   **Equipment for sports and hobbies (details):**

    **Compound Bow**                                        **$150.00**

    **Misc. Sporting Goods**                                 **$500.00**

10.   **Firearms (details):**

    **Shotguns X 2**                                      **$100.00**

    **Pistol**                                            **$100.00**

11.   **Clothes (details):**

    **Wearing Apparel X 150**                            **$50.00**

    **Accessories X 60**                                **$25.00**

    **Shoes X 30**                                   **$100.00**

    **Hats X 12**                                     **$80.00**

40.   **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade (details):**

    **2006 Cargo Trailer**                             **$450.00**

    **2004 Cargo Trailer**                             **$350.00**

    **2008 Flatbed Trailer**                          **$250.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Alan** | **Shupps** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

**04/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| **Part 1:** | **Identify the Property You Claim as Exempt** |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **12040 Vista Ranch Way, Fort Worth, TX 76179 Parcel: 76179** Line from *Schedule A/B*: **1.1** | **$644,159.00** | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description: **2012 Jeep Grand Cherokee (approx. 208,035 miles)** Line from *Schedule A/B*: **3.1** | **$3,500.00** | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   　　☑ No
   　　☐ Yes

Debtor 1    **Eric Alan Shupps** _____    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2022 Dodge Ram 3500 (approx. 22,928 miles)** <br> Line from *Schedule A/B*: **3.2** | **$54,000.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **Television X 4** <br> Line from *Schedule A/B*: **6** | **$125.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Entertainment Center** <br> Line from *Schedule A/B*: **6** | **$75.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **DVD Player X 2** <br> Line from *Schedule A/B*: **6** | **$10.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **End Tables X 2** <br> Line from *Schedule A/B*: **6** | **$20.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Lamps X 3** <br> Line from *Schedule A/B*: **6** | **$10.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Computer Equipment X 4** <br> Line from *Schedule A/B*: **6** | **$2,000.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Dinner Table** <br> Line from *Schedule A/B*: **6** | **$100.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Dining Chairs X 6** <br> Line from *Schedule A/B*: **6** | **$50.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1   **Eric Alan Shupps** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Stove/Oven X 2** <br><br> Line from *Schedule A/B*: __6__ | **$60.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Dishwasher** <br><br> Line from *Schedule A/B*: __6__ | **$100.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Microwave** <br><br> Line from *Schedule A/B*: __6__ | **$25.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Refrigerator X 2** <br><br> Line from *Schedule A/B*: __6__ | **$100.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Freezer** <br><br> Line from *Schedule A/B*: __6__ | **$50.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Dresser X 3** <br><br> Line from *Schedule A/B*: __6__ | **$75.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Nightstand X 2** <br><br> Line from *Schedule A/B*: __6__ | **$20.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Bed X 3** <br><br> Line from *Schedule A/B*: __6__ | **$150.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Washer/Dryer** <br><br> Line from *Schedule A/B*: __6__ | **$200.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1    **Eric Alan Shupps**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Couch**<br><br>Line from *Schedule A/B*:  __6__ | **$50.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Generator**<br><br>Line from *Schedule A/B*:  __6__ | **$250.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Printer**<br><br>Line from *Schedule A/B*:  __6__ | **$30.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Filing cabinets X 4**<br><br>Line from *Schedule A/B*:  __6__ | **$25.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Desks / Chairs X 7**<br><br>Line from *Schedule A/B*:  __6__ | **$150.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Misc. tools**<br><br>Line from *Schedule A/B*:  __6__ | **$1,000.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Misc. Furnishings**<br><br>Line from *Schedule A/B*:  __6__ | **$150.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Misc. Electronics**<br><br>Line from *Schedule A/B*:  __6__ | **$300.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description: **Misc. Kitchenware**<br><br>Line from *Schedule A/B*:  __6__ | **$250.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1    **Eric Alan Shupps** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Cell phones X 2**<br><br>Line from *Schedule A/B*:   **7** | **$200.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Books X 100**<br><br>Line from *Schedule A/B*:   **8** | **$50.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Pictures X 30**<br><br>Line from *Schedule A/B*:   **8** | **$0.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Art**<br><br>Line from *Schedule A/B*:   **8** | **$100.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Figurines X 10**<br><br>Line from *Schedule A/B*:   **8** | **$0.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Movies X 200**<br><br>Line from *Schedule A/B*:   **8** | **$75.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Music X 150**<br><br>Line from *Schedule A/B*:   **8** | **$50.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Compound Bow**<br><br>Line from *Schedule A/B*:   **9** | **$150.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Misc. Sporting Goods**<br><br>Line from *Schedule A/B*:   **9** | **$500.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1    **Eric Alan Shupps**  _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Shotguns X 2**<br>Line from *Schedule A/B*: __10__ | **$100.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description:<br>**Wearing Apparel X 150**<br>Line from *Schedule A/B*: __11__ | **$50.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**Accessories X 60**<br>Line from *Schedule A/B*: __11__ | **$25.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**Shoes X 30**<br>Line from *Schedule A/B*: __11__ | **$100.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**Hats X 12**<br>Line from *Schedule A/B*: __11__ | **$80.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**Watches X 3**<br>Line from *Schedule A/B*: __12__ | **$75.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**Labrador Retriever**<br>Line from *Schedule A/B*: __13__ | **$0.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |
| Brief description:<br>**Term life insurance policy**<br>Line from *Schedule A/B*: __31__ | **$0.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**Outstanding invoice to Thor Projects**<br>Line from *Schedule A/B*: __38__ | **$5,000.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.001(b)(1)** |

Debtor 1    **Eric Alan Shupps**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2006 Cargo Trailer** Line from *Schedule A/B*: __40__ | **$450.00** | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description: **2004 Cargo Trailer** Line from *Schedule A/B*: __40__ | **$350.00** | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description: **2008 Flatbed Trailer** Line from *Schedule A/B*: __40__ | **$250.00** | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | **Eric** | **Alan** | **Shupps** |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
| --- | --- | --- | --- |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
| --- | --- |

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral | **Column B**<br>Value of collateral<br>that supports this<br>claim | **Column C**<br>Unsecured<br>portion<br>If any |
| --- | --- | --- | --- |

| 2.1 | Describe the property that secures the claim: | $51,717.00 | $51,000.00 | $717.00 |
| --- | --- | --- | --- | --- |

**Fifth Third Bank**
Creditor's name
**P.O. Box 630778**
Number    Street

_____

| **Cincinnati** | **OH** | **45263** |
| --- | --- | --- |
| City | State | ZIP Code |

Describe the property that secures the claim:

**2021 Grand Design Solitude RV**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates
   to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Auto Loan**

Date debt was incurred _04/09/2022_    Last 4 digits of account number    **8  9  2  1**

Add the dollar value of your entries in Column A on this page. Write that number here:

| $51,717.00 |
| --- |

Debtor 1   **Eric Alan Shupps**

Case number (if known) _____

| | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | After listing any entries on this page, number them sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** | **Unsecured portion** If any |

---

**2.2**

**JP Morgan Chase**
Creditor's name
**PO Box 78232**
Number    Street

Describe the property that secures the claim:          $35,797.00          $54,000.00

**2022 Dodge Ram 3500**

_____

**Phoenix**          **AZ**   **85062**
City          State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Auto Loan**

☐ Check if this claim relates to a community debt

Date debt was incurred   **01/20/2022**   Last 4 digits of account number   **2   5   0   3**

---

**2.3**

**Mr. Cooper**
Creditor's name
**PO Box 650783**
Number    Street

Describe the property that secures the claim:          $351,135.00          $644,159.00

**12040 Vista Ranch Way, Fort Worth, TX 76179**

_____

**Dallas**          **TX**   **75265**
City          State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Conv Mortgage Loan**

☐ Check if this claim relates to a community debt

Date debt was incurred   **11/15/2005**   Last 4 digits of account number   **4   9   9   7**

---

Add the dollar value of your entries in Column A on this page. Write that number here:          **$386,932.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:          **$438,649.00**

| **Fill in this information to identify your case:** | | |
|---|---|---|
| Debtor 1 | **Eric**               **Alan**              **Shupps** | |
| | First Name            Middle Name            Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name            Middle Name            Last Name | |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | _____ | |

☐ Check if this is an amended filing

<u>Official Form 106E/F</u>

## Schedule E/F: Creditors Who Have Unsecured Claims                                    **12/15**

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). **Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left.  Attach the Continuation Page to this page.  On the top of any additional pages, write your name and case number (if known).**

| **Part 1:** | **List All of Your PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No.  Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.**  If a creditor has more than one priority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts.  As much as possible, list the claims in alphabetical order according to the creditor's name.  If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|---|
| **2.1** | | $11,319.00 | $11,319.00 | $0.00 |

**Internal Revenue Service**
Priority Creditor's Name
**PO Box 1214**
Number        Street
_____

| **Charlotte** | **NC** | **28201** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**1040 taxes**

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**  2022-2023

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other.  Specify

Debtor 1    **Eric Alan Shupps** _____    Case number (if known) _____

| **Part 1:** | **Your PRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

| 2.2 | | $2,598.75 | $0.00 | $2,598.75 |

**Internal Revenue Service**
Priority Creditor's Name
**PO Box 1214**
Number       Street

**Charlotte**              **NC**    **28201**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Unpaid Quarterly taxes**

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**    2024

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other.  Specify

Debtor 1    **Eric Alan Shupps** _____    Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
| --- | --- |

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
| --- | --- |

### 4.1

| **American Express** | Last 4 digits of account number   **1   0   0   2** | **$481.00** |

Nonpriority Creditor's Name
**PO BOX 6031**
Number        Street

When was the debt incurred?    **2021**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Carol Stream        IL        60197**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

### 4.2

| **American Express National Bank** | Last 4 digits of account number   **2   1   2   1** | **$56,000.00** |

Nonpriority Creditor's Name
**Business Line of Credit**
Number        Street
**P.O. Box 570622**

When was the debt incurred?    **03/2024**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Atlanta        GA        30357**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Business Loan**

Debtor 1    **Eric Alan Shupps**                                Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.3**                                                                        **$19,393.00**

**Aspire Servicing Center**
Nonpriority Creditor's Name
**PO Box 659701**
Number        Street
_____

**West Des Moines        IA        50265**
City                        State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **4   5   3   9**
**When was the debt incurred?**    **09/2023**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

---

**4.4**                                                                        **$82,000.00**

**B.S.D Capital, Inc. DBA Lendistry**
Nonpriority Creditor's Name
**777 S. Alameda St.**
Number        Street
**Second Floor**
_____

**Los Angeles        CA        90021**
City                        State        ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **H   H   2   8**
**When was the debt incurred?**    **09/2023**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Business Loan**

---

**4.5**                                                                        **$13,468.00**

**Barclays Bank Delaware**
Nonpriority Creditor's Name
**PO Box 60517**
Number        Street
_____

**City of Industry        CA        91716**
City                        State        ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    **8   7   0   0**
**When was the debt incurred?**    **2023**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Credit Card**

Debtor 1   **Eric Alan Shupps**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.6**                                                                                    **$31,031.00**

**Brazos Education Lending Corp.**          Last 4 digits of account number    **4   9   0   1**
Nonpriority Creditor's Name
**210 York St. Ste. 200**                    When was the debt incurred?    **09/2024**
Number        Street
_____          As of the date you file, the claim is: Check all that apply.
_____          ☐ Contingent
                                         ☐ Unliquidated
**York**              **PA**    **17403**   ☐ Disputed
City                State   ZIP Code
Who incurred the debt?   Check one.       Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                          ☑ Student loans
☐ Debtor 2 only                          ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                that you did not report as priority claims
☑ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt ☐ Other. Specify _____
Is the claim subject to offset?
☑ No
☐ Yes

**4.7**                                                                                    **$12,359.00**

**Citi Cards**                              Last 4 digits of account number    **9   4   8   2**
Nonpriority Creditor's Name
**PO Box 76081**                            When was the debt incurred?    **2023**
Number        Street
_____          As of the date you file, the claim is: Check all that apply.
_____          ☐ Contingent
                                         ☐ Unliquidated
**Phoenix**           **AZ**    **85062**   ☐ Disputed
City                State   ZIP Code
Who incurred the debt?   Check one.       Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                          ☐ Student loans
☐ Debtor 2 only                          ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                that you did not report as priority claims
☐ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt ☑ Other. Specify
Is the claim subject to offset?           **Credit Card**
☑ No
☐ Yes

**4.8**                                                                                    **$72,000.00**

**Funding Circle USA, Inc.**                Last 4 digits of account number    **0   3   6   0**
Nonpriority Creditor's Name
**PO Box 206536**                           When was the debt incurred?    **01/2024**
Number        Street
_____          As of the date you file, the claim is: Check all that apply.
_____          ☐ Contingent
                                         ☐ Unliquidated
**Dallas**            **TX**    **75230**   ☐ Disputed
City                State   ZIP Code
Who incurred the debt?   Check one.       Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                          ☐ Student loans
☐ Debtor 2 only                          ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                that you did not report as priority claims
☑ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt ☑ Other. Specify
Is the claim subject to offset?           **Business Loan**
☑ No
☐ Yes

Debtor 1    **Eric Alan Shupps** _____    Case number (if known) _____

**Part 2:**     **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.9**                     **$1,765.00**

**Goldman Sachs Bank**
Nonpriority Creditor's Name
**PO Box 7247**
Number   Street
_____

**Philadelphia**     **PA**    **19170**
City     State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **1**   **0**   **2**   **3**
**When was the debt incurred?**   **2021**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Credit Card**

---

**4.10**                    **$55,681.00**

**National Funding / Quickbridge**
Nonpriority Creditor's Name
**9530 Towne Centre Dr. Ste. 120**
Number   Street
_____

**San Diego**     **CA**    **92121**
City     State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **4**   **0**   **1**   **1**
**When was the debt incurred?**   **07/2024**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Business Loan**

---

**4.11**                    **$270,000.00**

**US Small Business Administration**
Nonpriority Creditor's Name
**Disaster Loan Servicing Center**
Number   Street
**1545 Hawkins Blvd. Suite 202**

**El Paso**     **TX**    **79925**
City     State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **9**   **1**   **0**   **3**
**When was the debt incurred?**   **08/19/2024**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Business Loan**

Debtor 1    **Eric Alan Shupps** _____    Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5.  **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

**US Small Business Admin.** _____
Name
**CESC-COVID EIDL Service Center** _____
Number     Street
**14925 Kingsport Rd.** _____

_____
**Fort Worth**          **TX**    **76155**
City               State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.11**  of  *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**     **8    0    0    5**

Debtor 1    **Eric Alan Shupps**                                      Case number (if known) _____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only.
28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $13,917.75 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6d. | $13,917.75 |

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $50,424.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $563,754.00 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $614,178.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Alan** | **Shupps** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Adobe Creative Cloud**<br>Name<br>**345 Park Avenue**<br>Number    Street<br>**San Jose, CA, 95110**<br><br>City                          State      ZIP Code | **Software Applications Subscription**<br>**Contract to be ASSUMED** |
| 2.2 | **Amazon Blink**<br>Name<br>**410 Terry Avanue North**<br>Number    Street<br><br>**Seattle**                **WA**    **98109**<br>City                          State      ZIP Code | **Security System**<br>**Contract to be ASSUMED** |
| 2.3 | **Amazon Prime**<br>Name<br>**410 Terry Avanue North**<br>Number    Street<br><br>**Seattle**                **WA**    **98109**<br>City                          State      ZIP Code | **Subscription Services**<br>**Contract to be ASSUMED** |
| 2.4 | **American Home Shield**<br>Name<br>**150 Peabody Place**<br>Number    Street<br>**Memphis, TN, 38103**<br><br>City                          State      ZIP Code | **Home Warranty**<br>**Contract to be ASSUMED** |

Debtor 1    **Eric Alan Shupps** _____    Case number (if known) _____

███████    **Additional Page if You Have More Contracts or Leases**

| **Person or company with whom you have the contract or lease** | **What the contract or lease is for** |
|---|---|

**2.5**   **Apple**
Name
**1 Apple Park Way**
Number    Street
**Cupertino, CA, 95014**

City                                    State      ZIP Code

**Subscription Services**
**Contract to be ASSUMED**

**2.6**   **Arlo**
Name
**2200 Faraday Ave**
Number    Street
**Suite 150**

City                                    State      ZIP Code

**Security Subscription Services**
**Contract to be ASSUMED**

**2.7**   **AT&T Mobility**
Name
**PO Box 6463**
Number    Street
**Carol Stream, IL, 60197**

City                                    State      ZIP Code

**Telephone Services**
**Contract to be ASSUMED**

**2.8**   **Disney+**
Name
**500 S Buena Vista St.**
Number    Street
**Burbank, CA, 91521**

City                                    State      ZIP Code

**Entertainment Subscription Services**
**Contract to be ASSUMED**

**2.9**   **Experian**
Name
**Customer Care**
Number    Street
**PO Box 2390**

City                                    State      ZIP Code

**Credit Subscription Services**
**Contract to be ASSUMED**

**2.10**   **FiberFirst Internet**
Name
**PO Box 738389**
Number    Street
**Dallas, TX, 75373**

City                                    State      ZIP Code

**Internet Services**
**Contract to be ASSUMED**

**2.11**   **Haslet Boat & Rv Storage**
Name
**800 Blue Mound Road East**
Number    Street

**Haslet**                    **TX**     **76052**
City                                    State      ZIP Code

**RV Storage**
**Contract to be ASSUMED**

Debtor 1    **Eric Alan Shupps**  _____    Case number (if known) _____

**Additional Page if You Have More Contracts or Leases**

| **Person or company with whom you have the contract or lease** | | | **What the contract or lease is for** |
|---|---|---|---|
| 2.12 **Intuit Financing Inc.** | | | **Accounting Subscription Services** |
| Name | | | **Contract to be ASSUMED** |
| **2700 Coast Ave.** | | | |
| Number     Street | | | |
| | | | |
| **Mountain View** | **CA** | **94043** | |
| City | State | ZIP Code | |
| 2.13 **LegalShield** | | | **Legal Subsrciption Services** |
| Name | | | **Contract to be ASSUMED** |
| **1 Pre-Paid Way** | | | |
| Number     Street | | | |
| **Ada, OK, 74820** | | | |
| | | | |
| City | State | ZIP Code | |
| 2.14 **Lifelock** | | | **Indentity Theft and Threats Subscription Services** |
| Name | | | **Contract to be ASSUMED** |
| **60 Eas Rio Salado Pkwy** | | | |
| Number     Street | | | |
| **Suite 1000** | | | |
| | | | |
| City | State | ZIP Code | |
| 2.15 **Microsoft** | | | **Subscription Services** |
| Name | | | **Contract to be ASSUMED** |
| **1 Microsoft Way** | | | |
| Number     Street | | | |
| **Redmond, WA, 98052** | | | |
| | | | |
| City | State | ZIP Code | |
| 2.16 **National General Insurance** | | | **Insurance Policy** |
| Name | | | **Contract to be ASSUMED** |
| **PO Box 3199** | | | |
| Number     Street | | | |
| **Winston Salem, NC, 27102** | | | |
| | | | |
| City | State | ZIP Code | |
| 2.17 **NordVPN** | | | **VPN Subscription Services** |
| Name | | | **Contract to be ASSUMED** |
| **PH F&F Tower** | | | |
| Number     Street | | | |
| **50th Street, Suite #32-D** | | | |
| | | | |
| City | State | ZIP Code | |
| 2.18 **North Texas Tollway Authority** | | | **Tollway Fees** |
| Name | | | **Contract to be ASSUMED** |
| **P.O. Box 660244** | | | |
| Number     Street | | | |
| | | | |
| **Dallas** | **TX** | **75266-0244** | |
| City | State | ZIP Code | |

Debtor 1    **Eric Alan Shupps**                 Case number (if known) _____

**Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|
| **2.19** **Open AI (ChatGPT)** <br> Name <br> **3180 18th St** <br> Number   Street <br> **San Francisco, CA, 94110** <br> <br> City       State   ZIP Code | **Subscription Services** <br> **Contract to be ASSUMED** |
| **2.20** **Public Storage** <br> Name <br> **650 E. Bonds Ranch Rd** <br> Number   Street <br> **Fort Worth, TX, 76131** <br> <br> City       State   ZIP Code | **Storage** <br> **Contract to be ASSUMED** |
| **2.21** **Reliant Energy** <br> Name <br> **PO Box 650475** <br> Number   Street <br> **Dallas, TX, 75265** <br> <br> City       State   ZIP Code | **Electric Utility Services** <br> **Contract to be ASSUMED** |
| **2.22** **SiriusXM Radio** <br> Name <br> **PO Box 71170** <br> Number   Street <br> <br> **Philadelphia**    **PA**    **19176** <br> City       State   ZIP Code | **Radio Subscription Services** <br> **Contract to be ASSUMED** |
| **2.23** **SiriusXM Radio** <br> Name <br> **PO Box 71170** <br> Number   Street <br> <br> **Philadelphia**    **PA**    **19176** <br> City       State   ZIP Code | **Radio Subscription Services** <br> **Contract to be ASSUMED** |
| **2.24** **Space Exploration Tech. Corp.** <br> Name <br> **Starlink** <br> Number   Street <br> **1 Rocket Road** <br> <br> City       State   ZIP Code | **Telecommunication Services** <br> **Contract to be ASSUMED** |
| **2.25** **State Farm Insurance Companies** <br> Name <br> **P. O. Box 680001** <br> Number   Street <br> <br> **Dallas**    **TX**    **75368** <br> City       State   ZIP Code | **Auto Insurance Policy** <br> **Contract to be ASSUMED** |

Debtor 1  **Eric Alan Shupps**                                    Case number (if known) _____

■ **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|

**2.26**  **State Farm Insurance Companies**
Name
**P. O. Box 680001**
Number     Street

**Dallas**              **TX**      **75368**
City                   State     ZIP Code

**Disability Insurance Policy**
**Contract to be ASSUMED**

**2.27**  **State Farm Insurance Companies**
Name
**P. O. Box 680001**
Number     Street

**Dallas**              **TX**      **75368**
City                   State     ZIP Code

**Disability Insurance Policy**
**Contract to be ASSUMED**

**2.28**  **State Farm Insurance Companies**
Name
**P. O. Box 680001**
Number     Street

**Dallas**              **TX**      **75368**
City                   State     ZIP Code

**Home Insurance Policy**
**Contract to be ASSUMED**

**2.29**  **State Farm Insurance Companies**
Name
**P. O. Box 680001**
Number     Street

**Dallas**              **TX**      **75368**
City                   State     ZIP Code

**Life Insurance Policy**
**Contract to be ASSUMED**

**2.30**  **State Farm Insurance Companies**
Name
**P. O. Box 680001**
Number     Street

**Dallas**              **TX**      **75368**
City                   State     ZIP Code

**Personal Liability Insrance Policy**
**Contract to be ASSUMED**

**2.31**  **State Farm Insurance Companies**
Name
**P. O. Box 680001**
Number     Street

**Dallas**              **TX**      **75368**
City                   State     ZIP Code

**Trailer Insruance Policy**
**Contract to be ASSUMED**

**2.32**  **Streamyard**
Name
**169 Madison Ave**
Number     Street
**Suite 11218**

City                   State     ZIP Code

**Live streaming and recording Subscription Services**
**Contract to be ASSUMED**

Debtor 1    **Eric Alan Shupps**                                    Case number (if known) _____

▮    **Additional Page if You Have More Contracts or Leases**

**Person or company with whom you have the contract or lease**        **What the contract or lease is for**

2.33   **Texas DOT TxTag**                                          **Transportation Subscription Services**
       Name                                                         **Contract to be ASSUMED**
       **12719 Burnet Rd.**
       Number    Street

       **Austin**                    **TX**      **78727**
       City                          State       ZIP Code

2.34   **Texas DOT TxTag**                                          **Transportation Subscription Services**
       Name                                                         **Contract to be ASSUMED**
       **12719 Burnet Rd.**
       Number    Street

       **Austin**                    **TX**      **78727**
       City                          State       ZIP Code

2.35   **The Joint Chiropractic**                                   **Chiropractic Services**
       Name                                                         **Contract to be ASSUMED**
       **2916 Texas Sage Trail**
       Number    Street
       **Fort Worth, TX, 76177**

       City                          State       ZIP Code

2.36   **Transunion**                                               **Credit Subscription Services**
       Name                                                         **Contract to be ASSUMED**
       **PO Box 1000**
       Number    Street
       **Chester, PA, 19016**

       City                          State       ZIP Code

2.37   **TrendMicro**                                               **Cyber Security Services**
       Name                                                         **Contract to be ASSUMED**
       **225 East John Carpenter FWY**
       Number    Street
       **Suite 1500**

       City                          State       ZIP Code

2.38   **Trupanion USA**                                            **Insurance Policy**
       Name                                                         **Contract to be ASSUMED**
       **6100 4th Ave South, Suite 200**
       Number    Street
       **Seattle, WA, 98108**

       City                          State       ZIP Code

2.39   **United Healthcare**                                        **Insurance Policy**
       Name                                                         **Contract to be ASSUMED**
       **PO Box 740409**
       Number    Street

       **Cincinnati**                **OH**      **45274**
       City                          State       ZIP Code

Debtor 1  **Eric Alan Shupps** _____    Case number (if known) _____

<table>
<tr><td>████████</td><td>**Additional Page if You Have More Contracts or Leases**</td></tr>
</table>

**Person or company with whom you have the contract or lease**          **What the contract or lease is for**

**2.40**  **Waste Connections Lone Star Inc.** _____          **Waste Collection Services**
Name                                                                    **Contract to be ASSUMED**
**PO Box 679859** _____
Number    Street
**Dallas, TX, 75267** _____

_____
City                          State      ZIP Code

**2.41**  **WP Engine** _____          **WordPress Hosting Services**
Name                                                             **Contract to be ASSUMED**
**504 Lavaca St** _____
Number    Street
**Suite 1000** _____

_____
City                          State      ZIP Code

**2.42**  **Zoom Communications** _____          **Communication Services**
Name                                                             **Contract to be ASSUMED**
**55 Almaden Blvd** _____
Number    Street
**Ste 600** _____

_____
City                          State      ZIP Code

**Fill in this information to identify your case:**

Debtor 1          __Eric__          __Alan__          __Shupps__
                  First Name        Middle Name       Last Name

Debtor 2
(Spouse, if filing) First Name      Middle Name       Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)        _____

☐ Check if this is an
  amended filing

Official Form 106H

## Schedule H: Your Codebtors                                              12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1.  **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)

    ☐ No
    ☑ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

    ☐ No. Go to line 3.
    ☑ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?

        ☐ No
        ☑ Yes

        In which community state or territory did you live?    **Texas**    Fill in the name and current address of that person.

        **Jennifer A Shupps**
        Name of your spouse, former spouse, or legal equivalent
        **12040 Vista Ranch Way**
        Number      Street

        **Fort Worth**                    **TX**       **76179**
        City                              State        ZIP Code

3.  **In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G).  Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

    *Column 1:*  Your codebtor                          *Column 2:*  The creditor to whom you owe the debt

                                                         Check all schedules that apply:

    | 3.1 | **BinaryWave Inc.** |
    Name

    **9800 Hillwood Pkwy, Suite 140**
    Number      Street

    **Fort Worth**                    **TX**       **76177**
    City                              State        ZIP Code

    ☐ Schedule D, line _____

    ☑ Schedule E/F, line  **4.11**

    ☐ Schedule G, line _____

    **US Small Business Administration**

Debtor 1  **Eric Alan Shupps** _____  Case number (if known) _____

| | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**  *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.2**  **BinaryWave Inc.**
Name
**9800 Hillwood Pkwy, Suite 140**
Number       Street

**Fort Worth**              **TX**      **76177**
City                                State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.4**
☐ Schedule G, line _____
**B.S.D Capital, Inc. DBA Lendistry**

**3.3**  **BinaryWave Inc.**
Name
**9800 Hillwood Pkwy, Suite 140**
Number       Street

**Fort Worth**              **TX**      **76177**
City                                State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.8**
☐ Schedule G, line _____
**Funding Circle USA, Inc.**

**3.4**  **BinaryWave Inc.**
Name
**9800 Hillwood Pkwy, Suite 140**
Number       Street

**Fort Worth**              **TX**      **76177**
City                                State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.10**
☐ Schedule G, line _____
**National Funding / Quickbridge**

**3.5**  **BinaryWave Inc.**
Name
**9800 Hillwood Pkwy, Suite 140**
Number       Street

**Fort Worth**              **TX**      **76177**
City                                State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.2**
☐ Schedule G, line _____
**American Express National Bank**

**3.6**  **Rachel Shupps**
Name
**12040 Vista Ranch Way**
Number       Street

**Fort Worth**              **TX**      **76179**
City                                State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.3**
☐ Schedule G, line _____
**Aspire Servicing Center**

**3.7**  **Rachel Shupps**
Name
**12040 Vista Ranch Way**
Number       Street

**Fort Worth**              **TX**      **76179**
City                                State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.6**
☐ Schedule G, line _____
**Brazos Education Lending Corp.**

**Fill in this information to identify your case:**

| Debtor 1 | Eric | Alan | Shupps |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 |  |  |  |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible.  If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information.  If you are married and not filing jointly, and your spouse is living with you, include information about your spouse.  If you are separated and your spouse is not filing with you, do not include information about your spouse.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1:    Describe Employment

**1.  Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed <br> ☐ Not employed | ☑ Employed <br> ☐ Not employed |
| **Occupation** | **Technology Consultant** | **Freelancer** |
| **Employer's name** | **Self-Employed** | **Self-Employed** |
| **Employer's address** | **12040 Vista Ranch Way** <br> Number  Street | **12040 Vista Ranch Way** <br> Number  Street |
| | **Fort Worth**  **TX**  **76179** <br> City  State  Zip Code | **Fort Worth**  **TX**  **76179** <br> City  State  Zip Code |
| **How long employed there?** | **1 year** | **1** |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.**  If you have nothing to report for any line, write $0 in the space.  Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below.  If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. 2. | **$11,000.00** | **$70.00** |
| **3.** | Estimate and list monthly overtime pay. 3. + | **$0.00** | **$0.00** |
| **4.** | Calculate gross income.  Add line 2 + line 3. 4. | **$11,000.00** | **$70.00** |

Debtor 1    **Eric Alan Shupps**

Case number (if known) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................................. → | 4. | **$11,000.00** | **$70.00** |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. Insurance | 5e. | $0.00 | $0.00 |
| 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. Union dues | 5g. | $0.00 | $0.00 |
| 5h. Other deductions. Specify: _____ + | 5h. | $0.00 | $0.00 |
| 6. **Add the payroll deductions.**    Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $0.00 |
| 7. **Calculate total monthly take-home pay.**    Subtract line 6 from line 4. | 7. | **$11,000.00** | **$70.00** |

8. List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** | 8a. | $0.00 | $0.00 |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | 8c. | $0.00 | $0.00 |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. Social Security | 8e. | $0.00 | $0.00 |
| 8f. **Other government assistance that you regularly receive** | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. Other monthly income. Specify: _____ + | 8h. | $0.00 | $0.00 |
| 9. **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | $0.00 |

| | | For Debtor 1 | | For Debtor 2 or non-filing spouse | | |
|---|---|---|---|---|---|---|
| 10. **Calculate monthly income.**  Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $11,000.00 | + | $70.00 | = | $11,070.00 |

11. **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

| | | |
|---|---|---|
| Specify: _____ | 11. + | $0.00 |

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

| | |
|---|---|
| 12. | **$11,070.00** |
| | **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.    **None.**
☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1        **Eric**          **Alan**          **Shupps**
                First Name        Middle Name       Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name      Last Name

United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
   chapter 13 expenses as of the
   following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

**1.  Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No

   ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2.  Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent...................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Spouse | 52 | ☐ No ☑ Yes |
| Daughter | 19 | ☐ No ☑ Yes |
| Daughter | 15 | ☐ No ☑ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

**3.  Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

| | | | |
|---|---|---|---|
| **4.** | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$2,211.80** |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | **$409.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | **$648.00** |
| 4d. | Homeowner's association or condominium dues | 4d. | **$45.83** |

Debtor 1    **Eric Alan Shupps**                  Case number (if known) _____

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | _____ |
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a. | **$646.00** |
| | 6b.   Water, sewer, garbage collection | 6b. | **$55.00** |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$627.00** |
| | 6d.   Other. Specify: _____ | 6d. | _____ |
| 7. | **Food and housekeeping supplies** | 7. | **$1,100.00** |
| 8. | **Childcare and children's education costs** | 8. | _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$225.00** |
| 10. | **Personal care products and services** | 10. | **$200.00** |
| 11. | **Medical and dental expenses** | 11. | **$451.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$706.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$200.00** |
| 14. | **Charitable contributions and religious donations** | 14. | _____ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a. | **$83.00** |
| | 15b.   Health insurance | 15b. | **$850.00** |
| | 15c.   Vehicle insurance | 15c. | **$609.00** |
| | 15d.   Other insurance. Specify:   **disability** | 15d. | **$134.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | **$417.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a. | **$914.00** |
| | 17b.   Car payments for Vehicle 2 | 17b. | **$497.00** |
| | 17c.   Other. Specify: _____ | 17c. | _____ |
| | 17d.   Other. Specify: _____ | 17d. | _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | _____ |

Debtor 1     **Eric Alan Shupps**                                        Case number (if known) _____

**20.  Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

    20a.   Mortgages on other property                20a.   _____

    20b.   Real estate taxes                     20b.   _____

    20c.   Property, homeowner's, or renter's insurance      20c.   _____

    20d.   Maintenance, repair, and upkeep expenses      20d.   _____

    20e.   Homeowner's association or condominium dues    20e.   _____

**21.  Other.**  Specify: _____     21.   +_____

**22.  Calculate your monthly expenses.**

    22a.   Add lines 4 through 21.                22a.   |    **$11,028.63** |

    22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.  22b.   _____

    22c.   Add line 22a and 22b.  The result is your monthly expenses.  22c.   |    **$11,028.63** |

**23.  Calculate your monthly net income.**

    23a.   Copy line 12 (your combined monthly income) from Schedule I.  23a.   **$11,070.00**

    23b.   Copy your monthly expenses from line 22c above.  23b.   − **$11,028.63**

    23c.   Subtract your monthly expenses from your monthly income.
           The result is your monthly net income.  23c.   |    **$41.37** |

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.  Explain here:
**None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Alan** | **Shupps** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:    Summarize Your Assets

|  | **Your assets**<br>Value of what you own |
|---|---|
| **1.** *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.................................................... | **$644,159.00** |
| 1b. Copy line 62, Total personal property, from Schedule A/B........................................... | **$122,667.35** |
| 1c. Copy line 63, Total of all property on Schedule A/B.................................................... | **$766,826.35** |

## Part 2:    Summarize Your Liabilities

|  | **Your liabilities**<br>Amount you owe |
|---|---|
| **2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$438,649.00** |
| **3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................. | **$13,917.75** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + | **$614,178.00** |
| **Your total liabilities** | **$1,066,744.75** |

## Part 3:    Summarize Your Income and Expenses

|  |  |
|---|---|
| **4.** *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I.............................................. | **$11,070.00** |
| **5.** *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J..................................................... | **$11,028.63** |

Debtor 1   **Eric Alan Shupps** _____   Case number (if known) _____

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

**6.   Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑   Yes

**7.   What kind of debt do you have?**

☑   **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐   **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

**8.   From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**

> **$8,148.39**

**9.   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

| | | |
|---|---|---|
| 9a.  Domestic support obligations.  (Copy line 6a.) | | **$0.00** |
| 9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.) | | **$13,917.75** |
| 9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | | **$0.00** |
| 9d.  Student loans.  (Copy line 6f.) | | **$50,424.00** |
| 9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | | **$0.00** |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | + | **$0.00** |
| 9g.  **Total.**  Add lines 9a through 9f. | | **$64,341.75** |

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **Eric** | **Alan** | **Shupps** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Eric Alan Shupps** _____
Eric Alan Shupps, Debtor 1

Date **12/09/2024** _____
    MM / DD / YYYY

X _____
Signature of Debtor 2

Date _____
    MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Alan** | **Shupps** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Eric Alan Shupps** _____    Case number (if known) _____

| **Part 2:** | **Explain the Sources of Your Income** |
|---|---|

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☒ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips | **$92,325.00** | ☐ Wages, commissions, bonuses, tips | |
|  | ☒ Operating a business | | ☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, **2023** )<br>_____ YYYY | ☒ Wages, commissions, bonuses, tips | **$100,000.00** | ☐ Wages, commissions, bonuses, tips | |
|  | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2022** )<br>_____ YYYY | ☒ Wages, commissions, bonuses, tips | **$110,000.00** | ☐ Wages, commissions, bonuses, tips | |
|  | ☐ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☒ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | Insurance Claim Reimbur | $6,861.48 | | |
|  | Temp trnsfr - Returned | $40,000.00 | | |
|  | Temp trnsfr - Returned | $15,000.00 | | |
|  | Stock sale - Schwab | $2,898.02 | | |
|  | dividend from BinaryWav | $9,734.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, **2023** )<br>_____ YYYY | dividend from BinaryWav | $22,481.22 | | |
|  | bank acct interest | $49.00 | | |
|  | dividend from TD Ameritr | $303.68 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2022** )<br>_____ YYYY | dividend from BinaryWav | $21,101.45 | | |
|  | bank acct interest | $21.00 | | |
|  | dividend from TD Ameritr | $33.23 | | |

Debtor 1   **Eric Alan Shupps**                                          Case number (if known) _____

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Goldman Sachs Bank**<br>Creditor's name<br>**PO Box 7247**<br>Number      Street<br><br>**Philadelphia        PA      19170**<br>City                        State    ZIP Code | Oct 2024<br>Nov 2024 | $200.00 | $1,765.00 | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **Mr. Cooper**<br>Creditor's name<br>**PO Box 650783**<br>Number      Street<br><br>**Dallas        TX      75265**<br>City                        State    ZIP Code | Oct 2024<br>Nov 2024<br>Dec 2024 | $6,636.00 | $351,135.00 | ☑ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **JP Morgan Chase**<br>Creditor's name<br>**PO Box 78232**<br>Number      Street<br><br>**Phoenix        AZ      85062**<br>City                        State    ZIP Code | Oct 2024<br>Nov 2024<br>Dec 2024 | $2,742.00 | $35,797.00 | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Debtor 1    **Eric Alan Shupps** _____    Case number (if known) _____

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Fifth Third Bank** | | $1,491.00 | $51,717.00 | ☐ Mortgage |
| Creditor's name | | | | ☐ Car |
| **PO Box 630778** | **Oct 2024** | | | ☐ Credit card |
| Number    Street | **Nov 2024** | | | ☐ Loan repayment |
| | **Dec 2024** | | | ☐ Suppliers or vendors |
| | | | | ☑ Other  **RV Vehicle loan** |
| **Cincinnati**    **OH**    **45263** | | | | |
| City    State    ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Aspire Servicing Center** | | $693.00 | $19,393.00 | ☐ Mortgage |
| Creditor's name | | | | ☐ Car |
| **PO Box 659701** | **Sep 2024** | | | ☐ Credit card |
| Number    Street | **Oct 2024** | | | ☐ Loan repayment |
| | **Dec 2024** | | | ☐ Suppliers or vendors |
| | | | | ☑ Other  **student loan** |
| **West Des Moines**    **IA**    **50265** | | | | |
| City    State    ZIP Code | | | | |

7.    **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

8.    **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9.    **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No
☐ Yes. Fill in the details.

Debtor 1   **Eric Alan Shupps** _____   Case number (if known) _____

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☒ No. Go to line 11.
☐ Yes. Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No
☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

---

## Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☒ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Rachel Shupps**<br>Person to Whom You Gave the Gift | **2008 Jeep Wrangler (title transfer)** | **08/2024** | **$2,500.00** |
| **12040 Vista Ranch Way**<br>Number     Street | | | |
| | | | |
| **Fort Worth**       **TX**   **76179**<br>City                State   ZIP Code | | | |

Person's relationship to you **Daughter** _____

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No
☐ Yes. Fill in the details for each gift or contribution.

---

## Part 6:   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes. Fill in the details.

Debtor 1  **Eric Alan Shupps** _____  Case number (if known) _____

| **Part 7:** | **List Certain Payments or Transfers** |

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **H. R. Chapin Attorney & Counselor**<br>Person Who Was Paid | **Check** | | |
| **4301 Alpha Rd.**<br>Number  Street | | **11/04/2024** | **$4,500.00** |
| **Dallas**  **TX**  **75244**<br>City  State  ZIP Code | | | |
| **www.dallaslawhero.com**<br>Email or website address | | | |
| **Robert Bogue**<br>Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **H. R. Chapin Attorney & Counselor**<br>Person Who Was Paid | **Cashier's Check** | | |
| **4301 Alpha Rd.**<br>Number  Street | | **10/11/2024** | **$1,000.00** |
| **Dallas**  **TX**  **75244**<br>City  State  ZIP Code | | | |
| **www.dallaslawhero.com**<br>Email or website address | | | |
| <br>Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

Debtor 1    **Eric Alan Shupps** _____    Case number (if known) _____

18.  **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes.  Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **BinaryWave Inc.**<br>Person Who Received Transfer<br><br>**9800 Hillwood Pkwy Ste 140**<br>Number     Street<br><br><br>**Fort Worth**          **TX**     **76177**<br>City                State     ZIP Code<br><br>Person's relationship to you **Debtor's business** | **Assignment of general intangibles and promotional materials** | **$125 paid in exchange** | **11/06/2024** |
| **BinaryWave Inc.**<br>Person Who Received Transfer<br><br>**9800 Hillwood Pkwy Ste 140**<br>Number     Street<br><br><br>**Fort Worth**          **TX**     **76177**<br>City                State     ZIP Code<br><br>Person's relationship to you **Debtor's business** | **$40,000 temporary transfer from business to personal acct for safekeeping due to suspected banking fraud** | **$40,000 returned to business** | **13/24 & 09/27** |
| **Thor Projects LLC**<br>Person Who Received Transfer<br><br>**106 Jordan Ct**<br>Number     Street<br><br><br>**Carmel**          **IN**     **46032**<br>City                State     ZIP Code<br><br>Person's relationship to you **BinaryWave Client** | **$15,000 mistaken payment sent to personal account due to data entry error** | **$15,000 returned immediately to Thor Projects LLC** | **10/24 & 10/11** |

19.  **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**   (These are often called asset-protection devices.)

☑ No
☐ Yes.  Fill in the details.

Debtor 1   **Eric Alan Shupps** _____   Case number (if known) _____

---

**Part 8:**    **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

---

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☑ No
    ☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ☑ No
    ☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ☐ No
    ☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Public Storage**<br>Name of Storage Facility | <br>Name | **Old Furniture** | ☐ No<br>☑ Yes |
| **650 E. Bonds Ranch Rd**<br>Number   Street | <br>Number   Street | | |
| <br>_____ | <br>_____ | | |
| **Fort Worth**   **TX**   **76131**<br>City           State  ZIP Code | <br>City           State  ZIP Code | | |

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Haslet Boat & Rv Storage**<br>Name of Storage Facility | <br>Name | **RV Storage** | ☐ No<br>☑ Yes |
| **800 Blue Mound Road East**<br>Number   Street | <br>Number   Street | | |
| <br>_____ | <br>_____ | | |
| **Haslet**   **TX**   **76052**<br>City           State  ZIP Code | <br>City           State  ZIP Code | | |

Debtor 1    **Eric Alan Shupps** _____    Case number (if known) _____

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

---

23.    **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for,
or hold in trust for someone.**

☑ No
☐ Yes.  Fill in the details.

---

**Part 10:    Give Details About Environmental Information**

---

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of
  hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium,
  including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or
  utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic
  substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.    **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental
law?**

☑ No
☐ Yes.  Fill in the details.

25.    **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes.  Fill in the details.

26.    **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and
orders.**

☑ No
☐ Yes.  Fill in the details.

Debtor 1   **Eric Alan Shupps** _____   Case number (if known) _____

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☒ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☒ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.
☒ Yes.  Check all that apply above and fill in the details below for each business.

**BinaryWave Incorporated**
Business Name

**9800 HIllwood Pkwy.**
Number   Street

**Suite 140**

**Fort Worth**   **TX**   **76177**
City   State   ZIP Code

Describe the nature of the business
**IT Services - winding down**

Name of accountant or bookkeeper
**Eric Shupps**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: **2  7 – 2  8  7  1  6  8  8**

Dates business existed

From   **05/2010**   To   _____

**North TX Assoc. of Technology Profs**
Business Name

**PO Box 77136**
Number   Street

_____

**Fort Worth**   **TX**   **76177**
City   State   ZIP Code

Describe the nature of the business
**Non-Profit education and career development**

Name of accountant or bookkeeper
**Eric Shupps**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: **4  7 – 3  0  2  0  0  4  2**

Dates business existed

From   **02/2015**   To   _____

**Eric Shupps**
Business Name

**12040 Vista Ranch Way**
Number   Street

_____

**Fort Worth**   **TX**   **76179**
City   State   ZIP Code

Describe the nature of the business
**technology consultant**

Name of accountant or bookkeeper
**Eric Shupps**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: ___ – ___ ___ ___ ___ ___ ___

Dates business existed

From   **2024**   To   _____

**28.** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.

☒ No
☐ Yes.  Fill in the details below.

Debtor 1    **Eric Alan Shupps** _____    Case number (if known) _____

| **Part 12:** | **Sign Below** |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Eric Alan Shupps** _____    X _____
Eric Alan Shupps, Debtor 1                                     Signature of Debtor 2

Date    **12/09/2024**                                         Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Alan** | **Shupps** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7                    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause.  You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).**

| **Part 1:** | **List Your Creditors Who Hold Secured Claims** |
|---|---|

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Hold Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Fifth Third Bank** <br><br> Description of property securing debt: **2021 Grand Design Solitude RV** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☑ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: | ☑ No <br> ☐ Yes |
| Creditor's name: **JP Morgan Chase** <br><br> Description of property securing debt: **2022 Dodge Ram 3500** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☑ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: | ☐ No <br> ☑ Yes |
| Creditor's name: **Mr. Cooper** <br><br> Description of property securing debt: **12040 Vista Ranch Way, Fort Worth, TX 76179** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☑ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: | ☐ No <br> ☑ Yes |

Debtor 1    **Eric Alan Shupps**            Case number (if known) _____

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**          **Will this lease be assumed?**

| Lessor's name: | **Adobe Creative Cloud** | ☐ No |
| Description of leased property: | **Software Applications Subscription** | ☒ Yes |

| Lessor's name: | **Amazon Blink** | ☐ No |
| Description of leased property: | **Security System** | ☒ Yes |

| Lessor's name: | **Amazon Prime** | ☐ No |
| Description of leased property: | **Subscription Services** | ☒ Yes |

| Lessor's name: | **American Home Shield** | ☐ No |
| Description of leased property: | **Home Warranty** | ☒ Yes |

| Lessor's name: | **Apple** | ☐ No |
| Description of leased property: | **Subscription Services** | ☒ Yes |

| Lessor's name: | **Arlo** | ☐ No |
| Description of leased property: | **Security Subscription Services** | ☒ Yes |

| Lessor's name: | **AT&T Mobility** | ☐ No |
| Description of leased property: | **Telephone Services** | ☒ Yes |

| Lessor's name: | **Disney+** | ☐ No |
| Description of leased property: | **Entertainment Subscription Services** | ☒ Yes |

| Lessor's name: | **Experian** | ☐ No |
| Description of leased property: | **Credit Subscription Services** | ☒ Yes |

| Lessor's name: | **FiberFirst Internet** | ☐ No |
| Description of leased property: | **Internet Services** | ☒ Yes |

| Lessor's name: | **Haslet Boat & Rv Storage** | ☐ No |
| Description of leased property: | **RV Storage** | ☒ Yes |

Debtor 1    __Eric Alan Shupps_____    Case number (if known) _____

**Describe your unexpired personal property leases**    **Will this lease be assumed?**

| Lessor's name: | **Intuit Financing Inc.** | ☐ No |
| Description of leased property: | **Accounting Subscription Services** | ☒ Yes |

| Lessor's name: | **LegalShield** | ☐ No |
| Description of leased property: | **Legal Subsrciption Services** | ☒ Yes |

| Lessor's name: | **Lifelock** | ☐ No |
| Description of leased property: | **Indentity Theft and Threats Subscription Services** | ☒ Yes |

| Lessor's name: | **Microsoft** | ☐ No |
| Description of leased property: | **Subscription Services** | ☒ Yes |

| Lessor's name: | **National General Insurance** | ☐ No |
| Description of leased property: | **Insurance Policy** | ☒ Yes |

| Lessor's name: | **NordVPN** | ☐ No |
| Description of leased property: | **VPN Subscription Services** | ☒ Yes |

| Lessor's name: | **North Texas Tollway Authority** | ☐ No |
| Description of leased property: | **Tollway Fees** | ☒ Yes |

| Lessor's name: | **Open AI (ChatGPT)** | ☐ No |
| Description of leased property: | **Subscription Services** | ☒ Yes |

| Lessor's name: | **Public Storage** | ☐ No |
| Description of leased property: | **Storage** | ☒ Yes |

| Lessor's name: | **Reliant Energy** | ☐ No |
| Description of leased property: | **Electric Utility Services** | ☒ Yes |

| Lessor's name: | **SiriusXM Radio** | ☐ No |
| Description of leased property: | **Radio Subscription Services** | ☒ Yes |

| Lessor's name: | **SiriusXM Radio** | ☐ No |
| Description of leased property: | **Radio Subscription Services** | ☒ Yes |

Debtor 1     **Eric Alan Shupps**                    Case number (if known) _____

**Describe your unexpired personal property leases**        **Will this lease be assumed?**

| | | |
|---|---|---|
| Lessor's name: | **Space Exploration Tech. Corp.** | ☐ No |
| Description of leased property: | **Telecommunication Services** | ☑ Yes |
| | | |
| Lessor's name: | **State Farm Insurance Companies** | ☐ No |
| Description of leased property: | **Auto Insurance Policy** | ☑ Yes |
| | | |
| Lessor's name: | **State Farm Insurance Companies** | ☐ No |
| Description of leased property: | **Disability Insurance Policy** | ☑ Yes |
| | | |
| Lessor's name: | **State Farm Insurance Companies** | ☐ No |
| Description of leased property: | **Disability Insurance Policy** | ☑ Yes |
| | | |
| Lessor's name: | **State Farm Insurance Companies** | ☐ No |
| Description of leased property: | **Home Insurance Policy** | ☑ Yes |
| | | |
| Lessor's name: | **State Farm Insurance Companies** | ☐ No |
| Description of leased property: | **Life Insurance Policy** | ☑ Yes |
| | | |
| Lessor's name: | **State Farm Insurance Companies** | ☐ No |
| Description of leased property: | **Personal Liability Insruance Policy** | ☑ Yes |
| | | |
| Lessor's name: | **State Farm Insurance Companies** | ☐ No |
| Description of leased property: | **Trailer Insruance Policy** | ☑ Yes |
| | | |
| Lessor's name: | **Streamyard** | ☐ No |
| Description of leased property: | **Live streaming and recording Subscription Services** | ☑ Yes |
| | | |
| Lessor's name: | **Texas DOT TxTag** | ☐ No |
| Description of leased property: | **Transportation Subscription Services** | ☑ Yes |
| | | |
| Lessor's name: | **Texas DOT TxTag** | ☐ No |
| Description of leased property: | **Transportation Subscription Services** | ☑ Yes |
| | | |
| Lessor's name: | **The Joint Chiropractic** | ☐ No |
| Description of leased property: | **Chiropractic Services** | ☑ Yes |

Debtor 1    **Eric Alan Shupps**                     Case number (if known) _____

**Describe your unexpired personal property leases**          **Will this lease be assumed?**

| | | | |
|---|---|---|---|
| Lessor's name: | **Transunion** | ☐ | No |
| Description of leased property: | **Credit Subscription Services** | ☒ | Yes |
| Lessor's name: | **TrendMicro** | ☐ | No |
| Description of leased property: | **Cyber Security Services** | ☒ | Yes |
| Lessor's name: | **Trupanion USA** | ☐ | No |
| Description of leased property: | **Insurance Policy** | ☒ | Yes |
| Lessor's name: | **United Healthcare** | ☐ | No |
| Description of leased property: | **Insurance Policy** | ☒ | Yes |
| Lessor's name: | **Waste Connections Lone Star Inc.** | ☐ | No |
| Description of leased property: | **Waste Collection Services** | ☒ | Yes |
| Lessor's name: | **WP Engine** | ☐ | No |
| Description of leased property: | **WordPress Hosting Services** | ☒ | Yes |
| Lessor's name: | **Zoom Communications** | ☐ | No |
| Description of leased property: | **Communication Services** | ☒ | Yes |

| Part 3: | Sign Below |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

**X** **/s/ Eric Alan Shupps**_____     **X** _____

Eric Alan Shupps, Debtor 1                               Signature of Debtor 2

Date   **12/09/2024**_____                       Date   _____
      MM / DD / YYYY                                 MM / DD / YYYY

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

---

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liquidation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   | | |
|---|---|---|
| | $245 | filing fee |
| | $78 | administrative fee |
| + | $15 | trustee surcharge |
| | $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount.  You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7.  This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2).  The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors.  If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code.  If a motion is filed, the court will decide if your case should be dismissed.  To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property.  The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*.  Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic.  To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C).  If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11:  Reorganization

|   | | |
|---|---|---|
|   | $1,167 | filing fee |
| **+** | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals.  The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

## Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
| --- | --- | --- |
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

## Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
| --- | --- | --- |
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/forms/bankruptcy-forms

---

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In re  **Eric Alan Shupps**

Case No. _____

Chapter  **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept............................................................... **$5,500.00**

Prior to the filing of this statement I have received......................................................... **$5,500.00**

Balance Due.............................................................................................................. **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
**loan modification, appraisals, mailouts, amendments, claims against third parties, contested motions or adversary proceedings, motion practice, or lawsuits, Federal Rule of Bankruptcy Procedure 2004 examinations, claim valuation disputes, objections to exemptions, discharge, or dischargeability of debt, filing or defending against motions to modify or lift the automatic stay, reaffirmation agreement negotiations or hearings, or filing of separate bankruptcy proceeding for non-filing spouse of a Client.**

**In regard to post-petition activities that are enumerated in this part of the disclosure, the following shall apply: Clients shall pay for all reasonable costs and expenses incurred by the Attorney or Firm, including but not limited to: research costs, travel expenses, food and lodging outside of Addison, Farmers Branch, Carrollton, or Dallas, Texas, long distance telephone calls, mailings, copying expenses, fax transmissions, fees and expenses of other parties engaged by the Attorney during the course of the Representation, which shall be paid by Clients upon receipt of a statement and, in any event, from property or funds paid for the benefit of Clients. Clients shall be responsible for, and agrees to advance at Attorney's request, any litigation or transactional costs (including, without limitation: court fees, process server fees, credit counseling fees, financial management course fees, credit report fees, permit fees, public record filing fees, State and business/property database search fees) prior to Attorney's or Firm's advancement of same. Financial management and credit counseling fees are not included in the initial retainer. Mileage for personal vehicle use shall be billed at the applicable IRS business mileage rate and travel time shall be billed at 1/2 the applicable hourly rate described below.**
**Clients shall pay all other expenses related to the Representation (including, but not limited to: money wiring fees, fund transfer fees, NSF charges).**
**In consideration of the services rendered and to be rendered, Clients shall pay the Firm $525.00 hourly for Attorney's time, calculated in tenth (10th) of hour increments, however, such hourly rate shall be $550.00 for the following specific activities: deposition preparation, deposition activities, trial preparation, and trial activities. Clients shall also pay the Firm $325.00 hourly for Firm's associate's time, calculated in tenth (10th) of hour increments, however, such hourly rate shall be $350.00 for the following specific activities: deposition preparation, deposition activities, trial preparation, and trial activities.  Clients shall also pay the Firm $125.00 hourly for Firm's Legal Assistant's time, calculated in tenth (10th) of hour increments.  For purposes of this agreement, a hearing on any type of injunction or a final arbitration hearing shall be included in the definition of a "trial." The hourly rate may be subject to future increases upon thirty (30) days' written notice to Clients.**
**Clients shall maintain the retainer balance at a minimum amount as required by Firm; and pay each bill as it is received in the amount necessary to maintain the retainer and/or to pay any balance owing to Firm. Clients shall pay to the Firm all fees, costs and expenses accrued in furtherance of terminating the Representation. All outstanding fees, costs, and expenses shall be due and payable to the Firm immediately following the termination of this Agreement for any reason or upon the termination of the Representation.**

B2030 (Form 2030) (12/15)

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **12/09/2024** | **/s/ Hershel R. Chapin** | |
|---|---|---|
| *Date* | *Hershel R. Chapin* | Bar No. 24074020 |
| | H. R. Chapin, Attorney & Counselor, PLLC | |
| | 4301 Alpha Rd | |
| | Dallas, TX 75244 | |
| | Phone: (972) 707-7482 / Fax: (214) 736-3945 | |

---

**/s/ Eric Alan Shupps**

*Eric Alan Shupps*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Eric Alan Shupps**                                              CASE NO

                                                                          CHAPTER    **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  12/9/2024 _____        Signature  **/s/ Eric Alan Shupps** _____
                                                   ***Eric Alan Shupps***

Date _____        Signature _____

Adobe Creative Cloud
345 Park Avenue
San Jose, CA, 95110


Amazon Blink
410 Terry Avanue North
Seattle, WA 98109


Amazon Prime
410 Terry Avanue North
Seattle, WA 98109


American Express
PO BOX 6031
Carol Stream, IL 60197


American Express National Bank
Business Line of Credit
P.O. Box 570622
Atlanta, GA 30357


American Home Shield
150 Peabody Place
Memphis, TN, 38103


Apple
1 Apple Park Way
Cupertino, CA, 95014


Arlo
2200 Faraday Ave
Suite 150
Carlsbad, CA, 92008


Aspire Servicing Center
PO Box 659701
West Des Moines, IA 50265

AT&T Mobility
PO Box 6463
Carol Stream, IL, 60197

B.S.D Capital, Inc. DBA Lendistry
777 S. Alameda St.
Second Floor
Los Angeles, CA 90021

Barclays Bank Delaware
PO Box 60517
City of Industry, CA 91716

BinaryWave Inc.
9800 Hillwood Pkwy, Suite 140
Fort Worth, TX 76177

Brazos Education Lending Corp.
210 York St. Ste. 200
York, PA 17403

Citi Cards
PO Box 76081
Phoenix, AZ 85062

Disney+
500 S Buena Vista St.
Burbank, CA, 91521

Experian
Customer Care
PO Box 2390
Allen, TX, 75013

FiberFirst Internet
PO Box 738389
Dallas, TX, 75373

Fifth Third Bank
P.O. Box 630778
Cincinnati, OH 45263


Funding Circle USA, Inc.
PO Box 206536
Dallas, TX 75230


Goldman Sachs Bank
PO Box 7247
Philadelphia, PA 19170


Haslet Boat & Rv Storage
800 Blue Mound Road East
Haslet, TX 76052


Internal Revenue Service
PO Box 1214
Charlotte, NC 28201


Intuit Financing Inc.
2700 Coast Ave.
Mountain View, CA. 94043


JP Morgan Chase
PO  Box 78232
Phoenix, AZ 85062


LegalShield
1 Pre-Paid Way
Ada, OK, 74820


Lifelock
60 Eas Rio Salado Pkwy
Suite 1000
Tempe, AZ, 85281

Microsoft
1 Microsoft Way
Redmond, WA, 98052


Mr. Cooper
PO Box 650783
Dallas, TX 75265


National Funding / Quickbridge
9530 Towne Centre Dr. Ste. 120
San Diego, CA 92121


National General Insurance
PO Box 3199
Winston Salem, NC, 27102


NordVPN
PH F&F Tower
50th Street, Suite #32-D
Panama City
Republic of Panama

North Texas Tollway Authority
P.O. Box 660244
Dallas, TX 75266-0244


Open AI (ChatGPT)
3180 18th St
San Francisco, CA, 94110


Public Storage
650 E. Bonds Ranch Rd
Fort Worth, TX, 76131


Rachel Shupps
12040 Vista Ranch Way
Fort Worth, TX 76179

Reliant Energy
PO Box 650475
Dallas, TX, 75265

SiriusXM Radio
PO Box 71170
Philadelphia, PA 19176

Space Exploration Tech. Corp.
Starlink
1 Rocket Road
Hawthorne, CA, 90250

State Farm Insurance Companies
P. O. Box 680001
Dallas, TX 75368

Streamyard
169 Madison Ave
Suite 11218
New York, NY, 10016

Texas DOT TxTag
12719 Burnet Rd.
Austin, TX 78727

The Joint Chiropractic
2916 Texas Sage Trail
Fort Worth, TX, 76177

Transunion
PO Box 1000
Chester, PA, 19016

TrendMicro
225 East John Carpenter FWY
Suite 1500
Irving, TX,

Trupanion USA
6100 4th Ave South, Suite 200
Seattle, WA, 98108


United Healthcare
PO Box 740409
Cincinnati, OH 45274


US Small Business Admin.
CESC-COVID EIDL Service Center
14925 Kingsport Rd.
Fort Worth, TX 76155


US Small Business Administration
Disaster Loan Servicing Center
1545 Hawkins Blvd. Suite 202
El Paso, TX 79925


Waste Connections Lone Star Inc.
PO Box 679859
Dallas, TX, 75267


WP Engine
504 Lavaca St
Suite 1000
Austin, TX, 78701


Zoom Communications
55 Almaden Blvd
Ste 600
San Jose, CA, 95113

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

</td><td>

**Check one box only as directed in this form and in Form 122A-1Supp:**

</td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | **Eric**     **Alan**     **Shupps** | |
| | First Name    Middle Name    Last Name | |

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ 1. There is no presumption of abuse.

☑ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

**Official Form 122A-1**

# Chapter 7 Statement of Your Current Monthly Income

12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

## Part 1:   Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☑ **Married and your spouse is NOT filing with you. You and your spouse are:**

       ☑ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

> Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | **$4,166.67** | **$0.00** |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | **$0.00** | **$0.00** |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | **$0.00** | **$0.00** |

Debtor 1    **Eric Alan Shupps** _____    Case number (if known) _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**5.    Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $3,360.89 | $331.33 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $193.50 | | | |
| Net monthly income from a business, profession, or farm | $3,360.89 | $137.83 | Copy here → | $3,360.89 | $137.83 |

See continuation page(s) for details

**6.    Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 | | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

**7.    Interest, dividends, and royalties**                                     $0.00          $0.00

**8.    Unemployment compensation**                                     $0.00          $0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ..............↓

| | | |
|---|---|---|
| For you.............................................................. | $0.00 | |
| For your spouse................................................ | $0.00 | |

**9.    Pension or retirement income.**  Do not include any amount received that was a benefit under the Social Security Act.  Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services.  If you received any retired pay paid under chapter 61 of title 10, then include that pay only to extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.                                     $0.00          $0.00

**10.   Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services.  If necessary, list other sources on a separate page and put the total below.

**Debtor sold stocks**                                     $483.00          _____

_____     _____     _____

Total amounts from separate pages, if any.          +_____     +_____

Debtor 1   **Eric Alan Shupps** _____   Case number (if known) _____

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |  |
|---|---|---|---|

**11. Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$8,010.56 **+** $137.83 **=** $8,148.39

**Total current monthly income**

---

**Part 2:   Determine Whether the Means Test Applies to You**

**12. Calculate your current monthly income for the year.** Follow these steps:

12a.   Copy your total current monthly income from line 11.......................................................**Copy line 11 here** ➜ 12a.   $8,148.39

Multiply by 12 (the number of months in a year).   **X   12**

12b.   The result is your annual income for this part of the form.   12b.   $97,780.68

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   **Texas**

Fill in the number of people in your household.   **3**

Fill in the median family income for your state and size of household.............................................. 13.   $92,658.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a.   ☐   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b.   ☑   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

---

**Part 3:   Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** **/s/ Eric Alan Shupps** _____   **X** _____
Eric Alan Shupps, Debtor 1   Signature of Debtor 2

Date  **12/9/2024** _____   Date _____
MM / DD / YYYY   MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Debtor 1    **Eric Alan Shupps** _____    Case number (if known) _____

**5. Net income from operating a business, profession, or farm (details):**

| Debtor 1 / Debtor 2 | Description (if available) | Average Monthly Amount |
|---|---|---|
| **Debtor 1** | **Debtor sole proprietorship income (1099)** | |
| Gross receipts (before all deductions) | | **$2,387.50** |
| Ordinary and necessary operating expenses | | **$0.00** |
| Net monthly income from a business, profession, or farm | | **$2,387.50** |
| **Debtor 1** | **Dividend from BinaryWave Inc.** | |
| Gross receipts (before all deductions) | | **$973.39** |
| Ordinary and necessary operating expenses | | **$0.00** |
| Net monthly income from a business, profession, or farm | | **$973.39** |
| **Debtor 2** | **Spouse doing gig economy jobs** | |
| Gross receipts (before all deductions) | | **$331.33** |
| Ordinary and necessary operating expenses | | **$193.50** |
| Net monthly income from a business, profession, or farm | | **$137.83** |

| Fill in this information to identify your case: | Check the appropriate box as directed in lines 40 or 42: |
|---|---|

**Fill in this information to identify your case:**

Debtor 1    **Eric**                 **Alan**                **Shupps**
             First Name              Middle Name            Last Name

Debtor 2
(Spouse, if filing) First Name       Middle Name            Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

**Check the appropriate box as directed in lines 40 or 42:**

According to the calculation required by this Statement:

☑ 1. There is no presumption of abuse.

☐ 2. There is a presumption of abuse.

☐ Check if this is an amended filing

Official Form 122A-2

## Chapter 7 Means Test Calculation                                04/22

To fill out this form, you will need your completed copy of Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **Determine Your Adjusted Income** |
|---|---|

1.  **Copy your total current monthly income**......................Copy line 11 from Official Form 122A-1 here ➜ ............. 1.    **$8,148.39**

2.  **Did you fill out Column B in Part 1 of Form 122A-1?**

    ☐ No.  Fill in $0 for the total on line 3.

    ☑ Yes.  Is your spouse filing with you?

    　　☑ No.  Go to line 3.

    　　☐ Yes.  Fill in $0 for the total on line 3.

3.  **Adjust your current monthly income by subtracting any part of your spouse's income not used to pay for the household expenses of you or your dependents.** Follow these steps:

    On line 11, Column B of Form 122A-1, was any amount of the income you reported for your spouse NOT regularly used for the household expenses of you or your dependents?

    ☑ No.  Fill in $0 for the total on line 3.

    ☐ Yes.  Fill in the information below:

| **State each purpose for which the income was used** For example, the income is used to pay your spouse's tax debt or to support people other than you or your dependents | **Fill in the amount you are subtracting from your spouse's income** |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ + | _____ |
| **Total** ................................................. **$0.00** Copy total here............... ➜ − | **$0.00** |

4.  **Adjust your current monthly income.** Subtract the total on line 3 from line 1.    **$8,148.39**

Debtor 1    **Eric Alan Shupps** _____    Case number (if known) _____

---

| **Part 2:** | **Calculate Your Deductions from Your Income** |
|---|---|

**The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.**

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not deduct any amounts that you subtracted from your spouse's income in line 3 and do not deduct any operating expenses that you subtracted from income in lines 5 and 6 of Form 122A-1.

If your expenses differ from month to month, enter the average expense.

Whenever this part of the form refers to you, it means both you and your spouse if Column B of Form 122A-1 is filled in.

5. **The number of people used in determining your deductions from income**

    Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

| | |
|---|---|
| | 3 |

---

| **National Standards** | You must use the IRS National Standards to answer the questions in lines 6-7. |
|---|---|

6. **Food, clothing and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.      **$1,677.00**

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories--people who are under 65 and people who are 65 or older--because older people have a higher IRS allowance for health care costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

| **People who are under 65 years of age** | | |
|---|---|---|
| 7a. Out-of-pocket health care allowance per person | **$83.00** | |
| 7b. Number of people who are under 65 | X    3 | |
| 7c. **Subtotal.** Multiply line 7a by line 7b. | **$249.00** | Copy here ➔   **$249.00** |

| **People who are 65 years of age or older** | | |
|---|---|---|
| 7d. Out-of-pocket health care allowance per person | **$158.00** | |
| 7e. Number of people who are 65 or older | X     | |
| 7f. **Subtotal.** Multiply line 7d by line 7e. | **$0.00** | Copy here ➔ +   **$0.00** |

                                                                   Copy total here ➔

7g. **Total.** Add lines 7c and 7f.............................................................................. **$249.00** ............ 7g. **$249.00**

Debtor 1 __Eric Alan Shupps_____ Case number (if known) _____

| Local Standards | You must use the IRS Local Standards to answer the questions in lines 8-15. |
|---|---|

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

■ **Housing and utilities -- Insurance and operating expenses**
■ **Housing and utilities -- Mortgage or rent expenses**

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart.**

To find the chart, go online using the link specified in the separate instructions for this form.  This chart may also be available at the bankruptcy clerk's office.

8.  **Housing and utilities -- Insurance and operating expenses:**  Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.          **$766.00**

9.  **Housing and utilities -- Mortgage or rent expenses:**

9a.  Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.          **$1,809.00**

9b.  Total average monthly payment for all mortgages and other debts secured by your home.

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy.  Then divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| **Mr. Cooper** | **$2,211.80** |
| _____ | _____ |
| _____ + | _____ |

Total average monthly payment **$2,211.80** **Copy here** ➡ − **$2,211.80** Repeat this amount on line 33a.

9c.  Net mortgage or rent expense.

Subtract line 9b (total average monthly payment) from line 9a (mortgage or rent expense).  If this amount is less than $0, enter $0.          **$0.00** **Copy here** ➡ **$0.00**

10.  **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**          _____

Explain why: _____
_____

11.  **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

☐  0. Go to line 14.
☐  1. Go to line 12.
☑  2 or more.  Go to line 12.

12.  **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the Operating Costs that apply for your Census region or metropolitan statistical area.          **$584.00**

Debtor 1    **Eric Alan Shupps** _____    Case number (if known) _____

**13.** **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below.  You may not claim the expense if you do not make any loan or lease payments on the vehicle.  In addition, you may not claim the expense for more than two vehicles.

**Vehicle 1**    **Describe Vehicle 1:**  **2022 Dodge Ram 3500**

13a. Ownership or leasing costs using IRS Local Standard. ................................................ **$619.00**

13b. Average monthly payment for all debts secured by Vehicle 1.

Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you filed for bankruptcy.  Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| **JP Morgan Chase** | **$636.73** |

+ _____

Total average monthly payment    **$636.73**    **Copy here** ➜    − **$636.73**    Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense.
Subtract line 13b from line 13a.  If this amount is less than $0, enter $0.    ................. **$0.00**    **Copy net Vehicle 1 expense here** ➜    **$0.00**

**Vehicle 2**    **Describe Vehicle 2:**

13d. Ownership or leasing costs using IRS Local Standard. ................................................ **$619.00**

13e. Average monthly payment for all debts secured by Vehicle 2.  Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| | |

+ _____

Total average monthly payment    **$0.00**    **Copy here** ➜    − **$0.00**    Repeat this amount on line 33c.

13f.  Net Vehicle 2 ownership or lease expense.
Subtract line 13e from line 13d.  If this amount is less than $0, enter $0.    ....................... **$619.00**    **Copy net Vehicle 2 expense here** ➜    **$619.00**

**14.**  **Public transportation expense:**  If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the Public Transportation expense allowance regardless of whether you use public transportation.    **$0.00**

Debtor 1    **Eric Alan Shupps**                                      Case number (if known) _____

**15. Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may                    **$0.00**
also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may
not claim more than the IRS Local Standard for Public Transportation.

| Other Necessary Expenses | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. |
|---|---|

**16. Taxes:** The total monthly amount that you will actually owe for federal, state and local taxes, such as income taxes,                    **$573.48**
self-employment taxes, Social Security taxes, and Medicare taxes.  You may include the monthly amount withheld
from your pay for these taxes.  However, if you expect to receive a tax refund, you must divide the expected refund
by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.

Do not include real estate, sales, or use taxes.

**17. Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions,                  **$0.00**
union dues, and uniform costs.

Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.

**18. Life insurance:** The total monthly premiums that you pay for your own term life insurance.  If two married people are                    **$83.00**
filing together, include payments that you make for your spouse's term life insurance.  Do not include premiums for life
insurance on your dependents, or a non-filing spouse's life insurance, or for any form of life insurance other than
term.

**19. Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative                     **$0.00**
agency, such as spousal or child support payments.

Do not include payments on past due obligations for spousal or child support.  You will list these obligations in line 35.

**20. Education:** The total monthly amount that you pay for education that is either required:                                                  **$0.00**
  ■  as a condition for your job, or
  ■  for your physically or mentally challenged dependent child if no public education is available for similar services.

**21. Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.                   **$0.00**
Do not include payments for any elementary or secondary school education.

**22. Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that                        **$202.00**
is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a
health savings account.  Include only the amount that is more than the total entered in line 7.
Payments for health insurance or health savings accounts should be listed only in line 25.

**23. Optional telephones and telephone services:** The total monthly amount that you pay for telecommunication services      +    **$220.00**
for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell
phone service, to the extent necessary for your health and welfare or that of your dependents or for the production
of income, if it is not reimbursed by your employer.

Do not include payments for basic home telephone, internet and cell phone service.  Do not include self-employment
expenses, such as those reported on line 5 of Official Form 122A-1, or any amount you previously deducted.

**24. Add all of the expenses allowed under the IRS expense allowances.**                                                            **$4,973.48**
Add lines 6 through 23.

Debtor 1     **Eric Alan Shupps**                                              Case number (if known) _____

| **Additional Expense Deductions** | These are additional deductions allowed by the Means Test. Note: Do not include any expense allowances listed in lines 6-24. |
|---|---|

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

Health insurance                              **$0.00**

Disability insurance                          **$0.00**

Health savings account           +       **$0.00**

Total                              | **$0.00** |  **Copy total here** ➔ ..................................  **$0.00**

Do you actually spend this total amount?

☐   No. How much do you actually spend?          _____

☑   Yes

26. **Continuing contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C. § 529A(b).          **$0.00**

27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.          **$0.00**

By law, the court must keep the nature of these expenses confidential.

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8.          _____

If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs.

You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $189.58* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.          **$0.00**

You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

* Subject to adjustment on 4/01/25, and every 3 years after that for cases begun on or after the date of adjustment.

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.          _____

To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

You must show that the additional amount claimed is reasonable and necessary.

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 26 U.S.C. § 170(c)(1)-(2).          +   **$0.00**

Debtor 1   **Eric Alan Shupps**                                      Case number (if known) _____

**32. Add all of the additional expense deductions.**
     Add lines 25 though 31.                                                          | **$0.00** |

| **Deductions for Debt Payment** |
|---|

**33. For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy.  Then divide by 60.

**Average monthly payment**

**Mortgages on your home:**

33a.   Copy line 9b here.................................................................➔   **$2,211.80**

**Loans on your first two vehicles:**

33b.   Copy line 13b here...............................................................➔   **$636.73**

33c.   Copy line 13e here...............................................................➔   **$0.00**

33d.   List other secured debts:

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes | _____ |
| _____ | _____ | ☐ No  ☐ Yes | _____ |
| _____ | _____ | ☐ No  ☐ Yes  **+** | _____ |

33e.   Total average monthly payment.  Add lines 33a through 33d................   | **$2,848.53** |   **Copy total here ➔**   | **$2,848.53** |

**34. Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☐ No.   Go to line 35.

☑ Yes.  State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the cure amount).  Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|
| _____ | _____ | _____ | ÷ 60 = | _____ |
| _____ | _____ | _____ | ÷ 60 = | _____ |
| _____ | _____ | _____ | ÷ 60 = **+** | _____ |
| | | Total  | **$0.00** |  **Copy total here ➔**  **$0.00** |

Debtor 1    **Eric Alan Shupps**                                                    Case number (if known) _____

**35.** **Do you owe any priority claims such as a priority tax, child support, or alimony -- that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

☐ No.   Go to line 36.

☑ Yes.  Fill in the total amount of all of these priority claims.  Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims.......................................  **$13,917.75**   ÷ 60 =   **$231.96**

**36.** **Are you eligible to file a case under Chapter 13?** 11 U.S.C. § 109(e).

For more information, go online using the link for Bankruptcy Basics specified in the separate instructions for this form.  Bankruptcy Basics may also be available at the bankruptcy clerk's office.

☐ No.   Go to line 37.

☑ Yes.  Fill in the following information.

Projected monthly plan payment if you were filing under Chapter 13   **$3,422.77**

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).    x   **10** %

To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form.  This list may also be available at the bankruptcy clerk's office.

Average monthly administrative expense if you were filing under Chapter 13   **$342.28**   **Copy total here ➜**   **$342.28**

**37.** **Add all of the deductions for debt payment.**
Add lines 33e through 36.                                                                      **$3,422.77**

**Total Deductions from Income**

**38.** **Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense allowances*.....................................................   **$4,973.48**

Copy line 32, *All of the additional expense deductions*.....   **$0.00**

Copy line 37, *All of the deductions for debt payment*........ **+** **$3,422.77**

Total deductions   **$8,396.25**   **Copy total here ➜**   **$8,396.25**

**Part 3:**   **Determine Whether There Is a Presumption of Abuse**

**39.** **Calculate monthly disposable income for 60 months**

39a.  Copy line 4, *adjusted current monthly income*........   **$8,148.39**

39b.  Copy line 38, *Total deductions*................................ **−** **$8,396.25**

39c.  Monthly disposable income.  11 U.S.C. § 707(b)(2).
Subtract line 39b from line 39a.   **($247.86)**   **Copy here ➜**   **($247.86)**

For the next 60 months (5 years)...............................................................   x 60

39d.  **Total.** Multiply line 39c by 60..........................................   39d.   **($14,871.60)**   **Copy here ➜**   **($14,871.60)**

Debtor 1    **Eric Alan Shupps** _____    Case number (if known) _____

**40.** **Find out whether there is a presumption of abuse.** Check the box that applies:

☑ **The line 39d is less than $9,075\*.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.*
Go to Part 5.

☐ **The line 39d is more than $15,150\*.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.*
You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

☐ **The line 39d is at least $9,075\*, but not more than $15,150\*.** Go to line 41.

\* Subject to adjustment on 4/01/25, and every 3 years after that for cases filed on or after the date of adjustment.

**41.** 41a. **Fill in the amount of your total nonpriority unsecured debt.** If you filled out
*A Summary of Your Assets and Liabilities and Certain Statistical Information Schedules*
(Official Form 106Sum), you may refer to line 3b on that form. .......................................... _____

41b. **25% of your total nonpriority unsecured debt.** 11 U.S.C. § 707(b)(2)(A)(i)(I).     x  .25
Multiply line 41a by 0.25.                                                                         _____   Copy
here ➔  [_____]

**42.** **Determine whether the income you have left over after subtracting all allowed deductions
is enough to pay 25% of your unsecured, nonpriority debt.**
Check the box that applies:

☐ **Line 39d is less than line 41b.** On the top of page 1 of this form, check box 1, *There is no presumption of abuse.*
Go to Part 5.

☐ **Line 39d is equal to or more than line 41b.** On the top of page 1 of this form, check box 2, *There is a presumption of abuse.*
You may fill out Part 4 if you claim special circumstances. Then go to Part 5.

| Part 4: | Give Details About Special Circumstances |
|---|---|

**43.** **Do you have any special circumstances that justify additional expenses or adjustments of current monthly income for
which there is no reasonable alternative?** 11 U.S.C. § 707(b)(2)(B).

☑ No.    Go to Part 5.

☐ Yes.    Fill in the following information. All figures should reflect your average monthly expense or income adjustment
for each item. You may include expenses you listed in line 25.

You must give a detailed explanation of the special circumstances that make the expenses or income
adjustments necessary and reasonable. You must also give your case trustee documentation of your actual
expenses or income adjustments.

| Give a detailed explanation of the special circumstances | Average monthly expense or income adjustment |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Debtor 1   **Eric Alan Shupps** _____   Case number (if known) _____

| Part 5: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** **/s/ Eric Alan Shupps** _____     **X** _____
Eric Alan Shupps, Debtor 1                                 Signature of Debtor 2

Date **12/9/2024** _____                          Date _____
MM / DD / YYYY                                              MM / DD / YYYY